UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER FENELUS,
Inmate No. M20279,
    Plaintiff,

v.                                   Case No.: 3:17cv642/MCR/EMT

SERGEANT B. GENT, et al.,
    Defendants.
_____/

## O R D E R

This matter is before the Court on the Chief Magistrate Judge's Report and Recommendation dated October 19, 2017 (ECF No. 7). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objections have been filed.

Having considered the Report and Recommendation, and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28

U.S.C. § 1915A(b)(1) as malicious, and Plaintiff is assessed a "strike" under 28 U.S.C. § 1915(g). The Clerk is directed to close the file.

**DONE AND ORDERED** this 21st day of November 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**